UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

National Union Fire Insurance Company of
Pittsburgh, PA, as assignee and subrogee;

                 Plaintiff,

   vs.

Pegatron Corporation

                 Defendant.

CASE NO. 1:18-cv-03701

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, states as follows:

1.    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% of more of the stock of a party:

National Union is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty, Inc., which is a wholly-owned (100%) subsidiary of AIUH

LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation.  No parent entity or publicly-held entity owns 10% or more of the stock of American International Group, Inc.

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) National Union, as assignee and subrogee, pursues this claim to recover loss sustained by its insured as identified and set forth in its complaint;

b) Pegatron Corporation; and

c) Gordon Rees Scully & Mansukhani, LLP.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff, National Union, in this proceeding:

Leslie K. Eason
Gordon & Rees LLP
3455 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 978-7329
Fax: (678) 389-8475
leason@grsm.com

Permission will be sought shortly for the following additional counsel to appear *pro hac vice*:

Scott L. Schmookler
Gordon & Rees LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6779
Fax: (312) 565-6511
sschmookler@grsm.com

Sarah R. Riedl
Gordon & Rees LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 619-4924
Fax: (312) 565-6511
sriedl@grsm.com

DATED this 3rd day of August, 2018.

Respectfully submitted,

GORDON & REES LLP

/s/ Leslie K. Eason
Leslie K. Eason
Georgia Bar No. 100186
3455 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 978-7329
Fax: (678) 389-8475
leason@grsm.com
*Attorneys for Plaintiff*