UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA, as assignee and subrogee,<br><br>Plaintiff,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | CIVIL ACTION FILE NO:<br>1:18-CV-03701-ELR |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF "ADMINISTRATIVE REQUEST FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)"**

**COMES NOW**, Defendant National Union Fire Insurance Company of Pittsburgh, PA and hereby withdraws its Administrative Request for Issuance of Request for International Judicial Assistance (Letter Rogatory) dated and filed on September 18, 2019 (Doc. 4). Defendant has executed the waiver of service, and Plaintiff hereby withdraws the present motion.

Respectfully submitted this 4th day of October, 2018.

            **GORDON REES SCULLY**
            **MANSUKHANI, LLP**


            *s/ Leslie K. Eason*
            Leslie K. Eason
            Georgia Bar No. 100186
            3455 Peachtree Road NE

Suite 1500
Atlanta, Georgia 30326
Telephone:  (404) 869-9054
Facsimile:  (678) 389-8475
leason@grsm.com

*Counsel for Plaintiff National Union Fire
Insurance Company of Pittsburgh, PA*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2018, I served a copy of the foregoing pleading upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy of the pleading to be electronically served on all counsel of record.

**GORDON REES SCULLY MANSUKHANI, LLP**

*s/ Leslie K. Eason*
Leslie K. Eason
Georgia Bar No. 100186
3455 Peachtree Road NE
Suite 1500
Atlanta, Georgia 30326
Telephone:  (404) 869-9054
Facsimile:  (678) 389-8475
leason@grsm.com

*Counsel for Defendant National Union Fire Insurance Company, PA*