# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY, as assignee and subrogee, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Civil Action No.: 1:18-CV-03701-SDG |
| PEGATRON CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**(CONFIDENTIAL – FILED UNDER SEAL)**

GORDON REES SCULLY
MANSUKHANI, LLP
Scott L. Schmookler (*pro hac vice*)
Courtney Nichol (*pro hac vice*)
Katherine A. Musbach (*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6779
Fax: (312) 565-6511
*AIG Specialty Insurance Company*

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................... i

TABLE OF AUTHORITIES ..................................................................... ii

INTRODUCTION.......................................................................................1

BACKGROUND .........................................................................................3

      A.    BRIEF OVERVIEW OF DISPUTE ....................................................4

      B.    PEGATRON ADMITS FIVE DISPOSITIVE FACTS....................8

ARGUMENT ............................................................................................12

Redacted

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

CONCLUSION.............................................................................................35

CERTIFICATE OF COMPLIANCE .........................................................37

CERTIFICATE OF SERVICE .................................................................38

# TABLE OF AUTHORITIES

## Cases

*Alterman Foods v. G.C.C. Inc.*, 310 S.E.2d 755 (Ga. App. 1983) ............. 13, 14, 17

*Audio Visual Assocs., Inc. v. Sharp Elecs.*, 210 F.3d 254 (4th Cir. 2000) ..............19

*Auto-Owners Ins. Co. v. Anderson*, 556 S.E.2d 465  (Ga. App. 2001) ..................27

*Bell v. Menzies*, 138 S.E.2d 731 (Ga. App. 1964) ...................................... 22, 24

*Chi., R.I. & P.R. Co. v. Dorby Flour Mills, Inc.*, 211 F.2d 785 (10th Cir. 1954) ...13

*Christopher v. McGehee*, 183 S.E.2d 624, (Ga. Ct. App. 1971) ..................... 15, 23

*Cincinnati Ins. Co. v. Centennial Elementary Sch. PTA*, No. 1:18-cv-00334, 2020
WL 4548753 (N.D. Ga. Mar. 23, 2020) (Grimberg, J) ................................. 31, 32

*Dekalb Cty. v. Lenowitz*, 463 S.E.2d 539  (Ga. App. 1995) ...................................28

*Dyno Constr. v. McWane*, 198 F.3d 567 (6th Cir. 1999)..........................................19

*E.C. Styberg Eng'g v. Eaton Corp.*, 492 F.3d 912 (7th Cir. 2007) ........................19

*Emergency Professionals of Atlanta, P.C. v. Watson*, 654 S.E.2d 434 (Ga. Ct. App.
2007) .................................................................................. 27, 29

*Emory Univ. v. Neurocare*, 985 F.3d 1337 (11th Cir. 2021)..................................31

*Foster v. Nix*, 327 S.E.2d 833 (Ga. Ct. App. 1985) ................................................31

*Frick v. Smith*, 27 S.E.2d 795 (Ga. Ct. App. 1943) ................................................22

*GAF v. Tolar Constr. Co.*, 271 S.E.2d 811 (Ga. 1980) ..........................................31

*Georgian v. Bloom*, 108 S.E. 813 (Ga. Ct. App. 1921) ..........................................19

*Gottesman v. Santana*, No. 16-CV-2902 JLS, 2017 WL 5548486 (S.D. Cal. Nov.
17, 2017) ..............................................................................................................35

*Great W. Cas. v. Buchanan Express*, No. 306-CV-02, 2007 WL 1376362 (M.D.
Ga., May 7, 2007) ........................................................................... 16, 25

*Gymco Constr. Co., Inc. v. Architectural Glass & Windows, Inc.*, 884 F.2d 1362
(11th Cir. 1989) (per curiam) ...............................................................................20

*Hill Aircraft & Leasing v. Simon*, 177 S.E.2d 803 (Ga. Ct. App. 1970) ................22

*Insituform Techs. v. AMerik Supplies*, 850 F. Supp. 2d 1336 (N.D. Ga. 2012) .... 14,
27, 29

*Jones v. Wright*, 258 So.2d 195 (La. Ct. App. 1972)...............................................31

*Master Palletizer Sys., Inc. v. T.S. Ragsdale Co.*, 725 F. Supp. 1525 (D. Colo.
1989), *aff'd*, 937 F.2d 616 (10th Cir. 1991) ........................................................19

*N.V. Roger Vanden Berghe v. Mahdavi's & A & A Rug Co.*, No. 1:08-CV-1782,
2009 WL 10665107 (N.D. Ga. June 9, 2009) ............................................... 15, 18

*Nat'l Freight, Inc. v. Consol. Container Co., LP*, 166 F. Supp. 3d 1320 (N.D. Ga.
2015)......................................................................................................................35

*Pro Spice v. Omni Trade Grp.*, 128 Fed. App'x 836 (3d Cir. 2005)......................19

*Progressive Elec. Servs. v Task Force Constr.*, 760 S.E.2d 621 (Ga. Ct. App. 2014) ....................................................................................................................................31
*Ryder Truck Lines, Inc. v. Aladdin, Inc.*, 139 S.E.2d 446 (Ga. Ct. App. 1964) ......24
*S. Ry. Co. v. Ga. Kraft Co.*, 823 F.2d 478 (11th Cir. 1987)............................. 13, 26
*Union Camp Corp. v. Louisville & Nashville R.R. Co.*, 202 S.E.2d 508 (Ga. Ct. App. 1973) ........................................................................... 13, 26, 33
*Wilson v. Dodge Trucks*, 235 S.E.2d 142  (Ga. App. 1977)....................................13
**Statutes**

47 CFR § 15.201(b) ....................................................................................................5
47 U.S.C. §301 ...........................................................................................................5
O.C.G.A. § 11-2-206................................................................................................ 15, 18
O.C.G.A. § 11–2–313(1)(a) .................................................................................... 21, 22
O.C.G.A. § 51-12-32(c) ...........................................................................................27





























14







\*\*\*

Redacted



































Dated:        April 9, 2021

Respectfully Submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By:    */s/ Scott L. Schmookler*
       Scott L. Schmookler (*pro hac vice*)
       Courtney Nichol (*pro hac vice*)
       Katherine A. Musbach (*pro hac vice*)
       1 N. Franklin, Suite 800
       Chicago, IL 60606
       Tel: (312) 980-6779
       Fax: (312) 565-6511
       sschmookler@grsm.com
       kmusbach@grsm.com

       *Attorneys for Plaintiff AIG Specialty*
       *Insurance Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), the undersigned hereby certifies that the foregoing PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT was prepared using 14-point Times New Roman font in compliance with LR 5.1.

Dated:         April 9, 2021

By:     */s/ Scott L. Schmookler*
Scott L. Schmookler (*pro hac vice*)
Courtney Nichol (*pro hac vice*)
Katherine A. Musbach (*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6779
Fax: (312) 565-6511
sschmookler@grsm.com
kmusbach@grsm.com

*Attorneys for Plaintiff AIG Specialty Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR

SUMMARY JUDGMENT was electronically filed with the Clerk of Court using the

CM/ECF System, which will automatically send e-mail notification of such filing to

all attorneys of record.

Dated:        April 9, 2021

By:    */s/ Scott L. Schmookler*
Scott L. Schmookler (*pro hac vice*)
Courtney Nichol (*pro hac vice*)
Katherine A. Musbach (*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6779
Fax: (312) 565-6511
sschmookler@grsm.com
kmusbach@grsm.com

*Attorneys for Plaintiff AIG Specialty*
*Insurance Company*