IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, as assignee and subrogee,<br><br>Plaintiff,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:18-cv-03701-SDG |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Civil Local Rules of this Court, Defendant Pegatron Corporation ("Pegatron") hereby moves for summary judgment as to Counts I (breach of contract), II (breach of contract), III (breach of contract), IV (negligent misrepresentation), and V (breach of contract) of Plaintiff AIG Specialty Insurance Company's Amended Complaint (Dkt. No. 31), as well as Plaintiff's claim for prejudgment interest.  Pegatron also moves for summary judgment on Plaintiff's standing to bring claims and seek damages on behalf of Successor that AIG's possible damages, if any, are limited to those for products sold by Insured to Customer, and that AIG cannot meet its burden to show the damages sought were not voluntary payments.  Pegatron requests oral argument on this motion.

In support of this motion, Pegatron relies on the pleadings and exhibits of record, as well as the following pleadings filed contemporaneously with this motion: the Brief in Support of Defendant's Motion for Summary Judgment and the authorities cited therein, Statement of Undisputed Material Facts, and Declaration of James B. Hatten in support of Defendant's Motion for Summary Judgment.

Dated:     April 9, 2021                              Respectfully submitted,

                                                      **BAKER & HOSTETLER LLP**

By:  /s/ Lisa N. Collins
     Lisa N. Collins
     Georgia Bar No. 141523
     lncollins@bakerlaw.com
     James B. Hatten
     Georgia Bar No. 963831
     jhatten@bakerlaw.com
     1170 Peachtree Street NE
     Suite 2400
     Atlanta, GA  30309-7676
     Telephone: 404.459.0050
     Facsimile:  404.459.5734

     Christina Moser
     (Admitted *pro hac vice*)
     cmoser@bakerlaw.com
     127 Public Square
     Cleveland, OH 44114
     Telephone: 216.861.7818

     Attorneys for Defendant
     Pegatron Corporation

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

| | | |
|---|---|---|
| Leslie Kali Eason<br>Gordon & Rees<br>Ernst & Young Building<br>55 Ivan Allen Jr. Blvd. NW<br>Atlanta, GA 30308<br>404-869-9054<br>Fax: 678-389-8475<br>leason@gordonrees.com | Scott L. Schmookler<br>Gordon Rees Scully<br>Mansukhani LLP<br>1 N. Franklin, Suite 800<br>Chicago, IL 60606<br>Tel: (312) 980-6779<br>Fax: (312) 565-6511<br>sschmookler@grsm.com | Katherine A. Musbach<br>Gordon Rees Scully<br>Mansukhani LLP<br>1 N. Franklin, Suite 800<br>Chicago, IL 60606<br>Tel: (312) 619-4924<br>Fax: (312) 565-6511<br>kmusbach@grsm.com |

Courtney Nichol
Gordon Rees Scully
Mansukhani LLP
1 North Franklin Street
Chicago, IL 60606
312-565-1400
cnichol@grsm.com

This 9th day of April, 2021.

                                                      */s/ Lisa N. Collins*
                                                      Lisa N. Collins

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT has been prepared using 14-point Times New Roman font in compliance with LR 5.1.

This 9th day of April, 2021.

*/s/ Lisa N. Collins*
Lisa N. Collins